UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-22976-CIV-ALTONAGA/Goodman

**UNITED STATES OF AMERICA**,

    Plaintiff.

**v.**

**ASSETS DESCRIBED AND LISTED IN ATTACHMENT A**,

    Defendants *In Rem*.
_____/

**ARMANDO FALCON**, and
**BELLA WORLDWIDE CORPORATION**,

    Third-Party Claimants.
_____/

**ORDER APPROVING STIPULATION AND AUTHORIZING INTERLOCUTORY
SALE OF CERTAIN DEFENDANT PROPERTIES**

**THIS CAUSE** came before the Court upon motion [ECF No. 29] by Plaintiff, the United States of America, ("Plaintiff" or the "United States"), with agreement from Claimants Armando Falcon ("Claimant Falcon") and Bella Worldwide Corporation ("Claimant Bella Worldwide"), (collectively, the "Parties") for the interlocutory sale of certain real properties sought for forfeiture. Based on the United States' motion and record in this matter, it is

**ORDERED** and **ADJUDGED** as follows:

1.    The Agreed-Upon Motion for Approval of Stipulation and Authorizing Interlocutory Sale of Certain Defendant Properties **[ECF No. 29]** is **GRANTED**.

2.    The Stipulation Regarding Interlocutory Sale of Certain Defendant Properties (the

CASE NO. 18-22976-CIV-ALTONAGA/Goodman

"Stipulation"), filed at **[ECF No. 29-1]**, is **APPROVED**.

3. The Parties are authorized to sell the following real properties in accordance with the terms of the Stipulation (the "Subject Properties"):

(i) 5555 Collins Avenue, Unit 12A, Miami Beach, Florida 33140; and

(ii) 12210 SW 103rd Terrace, Miami, Florida 33186.

4. The Court retains jurisdiction over this matter and the parties to enter such further orders as necessary for the interlocutory sale of the Subject Properties.

**DONE AND ORDERED** in Miami, Florida, this 5th day of February 2019.

_____
**CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE**