UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  18-22976-CIV-ALTONAGA/Goodman

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ASSETS DESCRIBED AND LISTED IN
ATTACHMENT A,

      Defendants *In Rem*.

_____/

ARMANDO FALCON, and
BELLA WORLDWIDE CORPORATION,

      Third-Party Claimants.

_____/

## ORDER

**THIS CAUSE** came before the Court on Claimants, Dr. Armando Falcon and Bella

Worldwide Corporation's Motion to Strike Attorney Berrio & Berrio, P.A.'s Charging Lien,

Retaining Lien, and Lis Pendens [ECF No. 34], filed April 1, 2019.  Local Rule 7.1(a)(3) of the

U.S. District Court for the Southern District of Florida provides:

> Prior to filing any motion in a civil case, . . . counsel for the movant shall confer
> (orally or in writing), or make reasonable effort to confer (orally or in writing), with
> all parties or non-parties who may be affected by the relief sought in the motion in
> a good faith effort to resolve by agreement the issues to be raised in the motion. . .
> . At the end of the motion, and above the signature block, counsel for the moving
> party *shall certify* [in accordance herewith.]

S.D. Fla. L.R. 7.1(a)(3) (emphasis and alterations added).  The Rule further states that "[f]ailure

to comply . . . may be cause for the Court to grant or deny the motion and impose on counsel an

appropriate sanction . . . ."  *Id.* (alterations added).

Claimants' Motion contains no certificate describing reasonable efforts to confer and

Case No. 18-22976-CIV-ALTONAGA/Goodman

resolve by agreement the issues raised in the Motion.  Accordingly, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 34]** is **DENIED**.

**DONE AND ORDERED** in Miami, Florida, this 2nd day of April, 2019.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:      counsel of record

2